UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                    07-cr-79-01-JD

Anthony Yarbrough


O R D E R

The assented to motion to reschedule jury trial (document no. 8) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                           /s/Joseph A. DiClerico, Jr.
                                         Joseph A. DiClerico, Jr.
                                         United States District Judge

Date: April 20, 2007


cc: Joseph Caulfield, Esq.
    Peter Papps, AUSA
    U.S. Marshal
    U.S. Probation