UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                       07-cr-79-01-JD

<u>Anthony Yarbrough</u>


<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 11) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.


                                              <u>/s/Joseph A. DiClerico, Jr.</u>
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date:  July 31, 2007


cc:  Peter Papps, AUSA
     Joseph Caulfield, Esq.
     U.S. Marshal
     U.S. Probation