```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                 Criminal No. 07-cr-79-JD

Anthony Yarbrough

O R D E R

The defendant has filed an assented-to motion for a psychiatric evaluation of the defendant pursuant to 18 U.S.C. § 4244(a) and (b) (document no. 20).  The motion is granted.

The Bureau of Prisons shall undertake a psychiatric evaluation of the defendant pursuant to 18 U.S.C. § 4244(b) and shall file a psychiatric report with the court pursuant to the provisions of 18 U.S.C. § 4247(b) and (c).

In addition, the Bureau of Prisons shall, to the extent possible, inform the court in its report if anything in the present evaluation calls into question the defendant's competency to enter a guilty plea, which he did on September 13, 2007.  A transcript of that proceeding is attached hereto.

SO ORDERED.

                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

December 12, 2007

Attachment

cc:  Joseph Caulfield, Esquire
     Peter E. Papps, Esquire